UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIYAO JIANG,

                    Plaintiff,

          -against-

CASTLEROCK 2023 LLC, et al.,

                    Defendants.

1:26-CV-0488 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On June 9, 2025, the Court barred Plaintiff, effective May 9, 2025, from filing any new civil action in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See In re: Ziyao Jiang*, No. 1:25-CV-3814 (LTS) (lead docket number), 2025 WL 1644101 (S.D.N.Y. June 9, 2025). Plaintiff files this new *pro se* civil action, seeks IFP status, and has not sought leave from the court. The Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the June 9, 2025 order in *In re: Ziyao Jiang*, 2025 WL 1644101.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court denies any motion pending in this action. (ECF 4.)

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:    February 10, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge

2