UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIYAO JIANG,

Plaintiff,

-against-

CASTLEROCK 2023 LLC, ET AL.,

Defendants.

26-cv-0488 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 10, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 13, 2026
         New York, New York

/s/ Laura Taylor Swain

LAURA TAYLOR SWAIN
Chief United States District Judge